# EXHIBIT "A"

FILED
2/23/2023 1:20 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Christi Underwood DEPUTY

DC-23-02522

CAUSE NO. _____

| | | |
|---|---|---|
| JANE DOE (V.M.) | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff,* | § | |
| vs. | § | |
| | § | |
| BUDGET SUITES OF AMERICA, | § | 192nd |
| BIGELOW ARIZONA TX-348, LIMITED | § | |
| PARTNERSHIP d/b/a BUDGET SUITES OF | § | |
| AMERICA, HOLIDAY HOSPITALITY | § | |
| FRANCHISING, LLC, NILKHANTVARNI, LLC | § | ___th JUDICAL DISTRICT |
| D/B/A HOLIDAY INN EXPRESS AND SUITES | § | |
| JEESUNG INVESTMENT, INC. D/B/A | § | |
| GATEWAY HOTEL, AND | § | |
| | § | |
| *Defendants.* | § | DALLAS COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Jane Doe (V.M.), Plaintiff in the above-styled and numbered cause, and files this Original Petition against BUDGET SUITES OF AMERICA, BIGELOW ARIZONA TX-348, LIMITED PARTNERSHIP d/b/a BUDGET SUITES OF AMERICA, HOLIDAY HOSPITALITY FRANCHISING, LLC, NILKHANTVARNI, LLC D/B/A HOLIDAY INN EXPRESS AND SUITES, AND JEESUNG INVESTMENT, INC. D/B/A GATEWAY HOTEL, and, as Defendants, and respectfully shows the Court as follows:

### I.    SUMMARY OF CASE

1.    Sex trafficking is a public health crisis that has hit epidemic proportions in our communities, resulting in a devastating effect on its survivors and a crushing financial effect on our world. In 2019, Governor Abbot formally declared sex trafficking a public health crisis in Texas.[1]

---

[1] https://capitol.texas.gov/tlodocs/86R/billtext/pdf/HC00035F.pdf#navpanes=0

2. Estimates are that in 2016 there were as many as 40.3 million victims of human trafficking and sexual exploitation worldwide, including 4.8 million people trapped in sexual exploitation.[2]

3. The exploitation of victims of sex trafficking and prostitution most often does not occur solely at the hands of the traffickers and sex buyers. Rather, technology companies and hotels often play an equal hand in the exploitation of these victims.

### The Role of the Hotel Industry and Defendant Hotels

4. Today, sex trafficking is pervasive in the United States, and hotels are the primary place where it happens.[3] For years, sex traffickers have "been able to reap these profits with little risk when attempting to operate within hotels."[4] In 2014, 92% of calls received by the National Human Trafficking Hotline involved reports of sex trafficking taking place at hotels.[5] Hotels have been found to account for over 90% of commercial exploitation of children.[6] The Hotel Industry and Defendant Hotel Franchisors and Franchisees knowingly facilitate and benefit financially and otherwise from sex trafficking at their locations and the specific locations complained of herein.

---

[2] INT'L LABOUR OFFICE, *Global estimates of modern slavery: Forced labour and forced marriage*, at 9, 38, https://www.ilo.org/wcmsp5/groups/public/---dgreports/---dcomm/documents/publication/wcms_575479.pdf.

[3] "This is not only a dominant issue, it's an epidemic issue." See Jaclyn Galucci, Human Trafficking is an Epidemic in the U.S. It's Also Big Business, Fortune, April 2019, at https://fortune.com/2019/04/14/human-sex-trafficking-us-slavery/ citing Cindy McCain, who chairs the McCain Institute's Human Trafficking Advisory Council. "It's also something that is hiding in plain sight. It's everywhere—it's absolutely everywhere." Id.

[4] See Human Trafficking in the Hotel Industry, Polaris Project, February 10, 2016, at https://polarisproject.org/blog/2016/02/10/human-trafficking-hotel-industry; see also Eleanor Goldberg, You Could Help Save A Trafficking Victim's Life With Your Hotel Room Pic, Huffington Post, June 2016, at http://www.huffingtonpost.com/entry/taking-a-photo-of-your-hotel-room-could-help-save-a-trafficking-victims-life_us_57714091e4b0f168323a1ed7

[5] Michele Sarkisian, Adopting the Code: Human Trafficking and the Hotel Industry, Cornell Hotel Report, October 2015, at https://scholarship.sha.cornell.edu/cgi/vi ewcontent.cgi?article=1222&context=chrpubs Oct. 2015

[6] See Erika R. George and Scarlet R. Smith, In Good Company: How Corporate Social Responsibility Can Protect Rights and Aid Efforts to End Child Sex Trafficking and Modern Slavery, 46 N.Y.U. J. Int'l L. & Pol. 55, 66-67 (2013).

---

Plaintiff's First Amended Petition (Jane Doe V.M.)
Page 2

5.      To address the crisis of sex trafficking at hotels, multiple agencies and organizations who actively combat sex trafficking, including the United States Department of Homeland Security, the National Center for Missing and Exploited Children, the Polaris Project, the Texas Attorney General, Love 146, EPCAT, among others, have established recommended policies and procedures for recognizing the signs of sex trafficking.[7]

6.      Some of the policies and procedures recommended to the Hotel Industry and Defendant Hotel Franchisors and Franchisees designed to reduce or eliminate sex trafficking on their premises include learning to identify warning signs and indicators of sex trafficking, including but not limited to:[8]

- Individuals show signs of fear, anxiety, tension, submission, and/or nervousness;
- Individuals show signs of physical abuse, restraint, and/or confinement;
- Individuals exhibit evidence of verbal threats, emotional abuse, and/or being treated in a demeaning way;
- Individuals show signs of malnourishment, poor hygiene, fatigue, sleep deprivation, untreated illness, injuries, and/or unusual behavior;
- Individuals lack freedom of movement or are constantly monitored;
- Individuals avoid eye contact and interaction with others;
- Individuals have no control over or possession of money or ID;
- Individuals dress inappropriately for their age or have lower quality clothing compared to others in their party;

---

[7] https://www.dhs.gov/blue-campaign; United States Department of Homeland Security Blue Campaign – One Voice. One Mission.  End Human Trafficking.Source:https://www.dhs.gov/sites/default/files/publications/blue-campaign/toolkits/hospitality-toolkit-eng.pdf; https://www.missingkids.org/theissues/trafficking#riskfactors; https://love146.org/wp-content/uploads/2017/04/Hospitality-Red-Flag-and-Reporting-Love146.pdf; https://www2.texasattorneygeneral.gov/files/human_trafficking/human_trafficking_red_flags_handout.pdf
[8] *See Id.*

Plaintiff's First Amended Petition (Jane Doe V.M.)
Page 3

- Individuals have few or no personal items—such as no luggage or other bags;

- Individuals appear to be with a significantly older "boyfriend" or in the company of older males;

- A group of girls appears to be traveling with an older female or male;

- A group of males or females with identical tattoos in similar locations. This may indicate "branding" by a trafficker;

- Drug abuse or frequent use of "party drugs" such as GHB, Rohypnol, Ketamine, MDMA (Ecstasy), Methamphetamines, Cocaine, and Marijuana;

- Possession of bulk sexual paraphernalia such as condoms or lubricant;

- Possession or use of multiple cell phones; and

- Possession or use of large amounts of cash or pre-paid cards.

7. Jane Doe (V.M.) was trafficked at each of the identified Defendant Hotel locations while exhibiting numerous signs and behaviors consistent with these recommendations in the presence of Defendants' employees and agents.

### The Solution

8. Fortunately, Texas was among the first states to follow the Federal Government's lead in recognizing that actors other than actual traffickers and Johns, were participating in, promoting, facilitating, and benefitting from the selling of sex and sex trafficking.

9. To hold traffickers and the facilitators and promoters of prostitution responsible, the Texas legislature enacted Chapter 98 of the Texas Civil Practice and Remedies Code, a provision that allows Jane Doe (V.M.) to bring claims against all who participated, promoted, facilitated, or benefitted from her trafficking.

10. Chapter 98 seeks to hold those who engage in and those who benefit from prostitution and sex trafficking accountable to the resulting victims. Chapter 98 focuses on the

"trafficking of persons" and is a cause of action that focuses on conduct that constitutes an underlying criminal offense.

11.    Chapter 98 is to be liberally construed and applied to promote their underlying purpose to protect persons from human trafficking/compelled prostitution and provide adequate remedies to victims of human trafficking/compelled prostitution. [9]

12.    The criminal justice system has been bearing the cross in the fight against the selling of sex and sex trafficking for far too long by prosecuting the traffickers, prostitution promoters, and sex buyers. It is now time for the civil justice system to hold those who profit from this sex trafficking and prostitution industry accountable for their wrongful conduct.

13.    For these reasons, and with great strength and courage, Jane Doe (V.M.) brings suit under Chapter 98 and related causes of action.

## II.    DISCOVERY CONTROL PLAN

14.    Jane Doe (V.M.) intends to conduct discovery pursuant to Texas Rule of Civil Procedure 190.4 (Level 3) and the latest TX MDL No. 19-0991 Case Management Order.

## III.    JURISDICTION AND VENUE

15.    Venue is proper in this Court pursuant to Texas Civ. Prac. & Rem. Code 15.002 because all or a substantial part of the events giving rise to this lawsuit occurred in Dallas County, Texas, and because at least one Defendant maintains its principal office in the State of Texas. Venue is therefore proper over all other defendants pursuant to Texas Civ. Prac. & Rem. Code 15.005.

16.    Jane Doe (V.M.)'s damages are in excess of $1,000,000.00.

---

[9] Tex. Civ. Prac. & Rem. Code Ann. § 98.006 and § 98A.006.

Plaintiff's First Amended Petition (Jane Doe V.M.)
Page 5

## IV.    PARTIES

### A.    PLAINTIFF

17.     Plaintiff Jane Doe (V.M.) was at all relevant times a trafficked person as that term is defined in Texas Civil Practice and Remedies Code Chapter 98. Jane Doe (V.M.) is a resident of Dallas County, Texas. Given the nature of these allegations, this complaint identifies Jane Doe (V.M.) as "Jane Doe (V.M.) or Jane Doe" throughout. She may be contacted through her lead counsel, whose information is contained below.

18.     There is a collective and compelling interest in keeping Jane Doe (V.M.)'s identity anonymous.

### B.    HOTEL DEFENDANTS

#### BUDGET SUITES OF AMERICA

19.     Budget Suites, Inc. is a for-profit Nevada Corporation with its principal place of business in Las Vegas, Nevada. Defendant Budget Suites, Inc. may be served through its registered agent: CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

#### BIGELOW ARIZONA TX-348, LIMITED PARTNERSHIP D/B/A BUDGET SUITES OF AMERICA

20.     Bigelow Arizona TX – 348, Limited partnership d/b/a Budget Suites of America is a for-profit Nevada Corporation with its principal place of business in Las Vegas, Nevada. Defendant Bigelow Arizona TX – 348, Limited partnership d/b/a Budget Suites of America may be served through its registered agent: CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201.

#### HOLIDAY HOSPITALITY FRANCHISING LLC

21.     Holiday Hospitality Franchising LLC is a limited liability company incorporated in Delaware with its principal place of business in Atlanta, Georgia. Defendant Holiday Hospitality

Franchising LLC may be served through its registered agent: United Agent Group Inc., 5444 Westheimer #1000, Houston, Texas 77056.

### NILKHANTVARNI LLC D/B/A HOLIDAY INN EXPRESS AND SUITES

22.    Nilkhantvarni LLC d/b/a Holiday Inn Express and Suites is a domestic limited liability company in the state of Texas with its principal place of business in Terrell, Texas. Defendant Nilkhantvarni LLC d/b/a Holiday Inn Express and Suites may be served through its registered agent: Navnitkumar C. Patel, 1604 State Highway 34 South, Terrell, Texas 75160-5407.

### JEESUNG INVESTMENT, INC. D/B/A GATEWAY HOTEL

23.    Jessung Investment, Inc. d/b/a Gateway Hotel is a for-profit Texas Corporation with its principal place of business in Dallas, Texas. Defendant Jeesung Investment, Inc. d/b/a Gateway Hotel may be served through its registered agent: Se Young Oh, 3905 Nantucket Dr., Plano, Texas 75023.

24.    Collectively, Budget Suites of America, Bigelow Arizona TX – 348, Limited partnership d/b/a Budget Suites of America, Holiday Hospitality Franchising LLC, Nilkhantvarni LLC d/b/a Holiday Inn Epress and Suites, and Jeesung Investment, Inc. f/b/a Gateway Hotel will be referred to herein as the "Hotel Defendants", "Franchisors," or "Franchisees."

### STATEMENT OF FACTS

**About Jane Doe (V.M.)**

25.    Jane Doe V.M. never expected to become a victim of human trafficking when going to a party at age fourteen (14). Instead of meeting other minors at the party as she anticipated, Jane Doe V.M., a minor at the time, was taken in by a woman (Trafficker 1) who introduced her to various traffickers, drug dealers and others being trafficked. Trafficker 1 who was believed to be an active or former prostitute, along with other adult males, instructed Jane Doe V.M. that she would

Plaintiff's First Amended Petition (Jane Doe V.M.)
Page 7

be servicing men for money and giving that money to Trafficker 1. After coercion and beatings, Jane Doe V.M. complied with her trafficker's demands until sometime in late November when she escaped after being beaten and was taken by other traffickers, Trafficker 2 and Trafficker 3, who trafficked her until late December. From October through December 2016, Jane Doe V.M.'s traffickers moved her around to various motels, including the Gateway Hotel 8102 LBJ Freeway, Dallas, TX 75251, Holliday Inn Express & Suites located at 8703 East RL Thornton Freeway, Dallas TX 75228 and Budget Suites North Dallas located at 9519 Forest Lane, Dallas, TX 75243 and kept her at each location for week or more at a time.

26.    Jane Doe V.M. was at Gateway Hotel 8102 LBJ Freeway, Dallas, TX 75251 during October to December 2016. While there, she was kept heavily drugged, appeared unkempt and disheveled, and was not allowed to move freely without her trafficker. She had no baggage or personal belongings at the hotel. She would see multiple Johns a day and was beaten by Trafficker 1 while at this location. She was a fourteen-year-old minor in the company of multiple Johns who were much older than her while traversing the hotel.

27.    Jane Doe V.M. was at Holliday Inn Express & Suites located at 8703 East RL Thornton Freeway, Dallas TX 75228 on or about November 2016 to December 2016. She was taken to this location by two traffickers, Trafficker 2 and Trafficker 3 during October to December 2016. She was kept heavily drugged, appeared unkempt and disheveled. She had no baggage or personal belongings at the hotel. She was dropped in the parking lot by the traffickers and forced to walk through the hotel, past the front desk to search for Johns. Once she located Johns she would go to their room where they would have "prostitution dates." She would see multiple Johns a day at this location. She was a fourteen-year-old minor in the company of multiple Johns and traffickers who were much older than her while traversing the hotel.

Plaintiff's First Amended Petition (Jane Doe V.M.)
Page 8

28.    Jane Doe V.M. was at North Dallas Budget Suites located at 9519 Forest Lane, Dallas, TX 75243 on or about November 2016 to December 2016.  During the time at the hotel she was kept heavily drugged, appeared unkempt and disheveled, and was not allowed to move freely without her trafficker.  She had no baggage or personal belongings at the hotel.  She was initially taken to this location by Trafficker 2 potentially to room 2060.  She was raped numerous times by Trafficker 2 and Trafficker 3.  Trafficker 2 told her to "do prostitution" and when she refused he beat her and yelled at her in his room. He kicked her in the back, punched her stomach and threw her on the floor She complied with their demands after multiple beatings because she was tired of being beaten.  In early December she was raped by Trafficker 3's brother and was again raped by her traffickers on Christmas Day which led to her escaping from the Hotel on December 26th.  She would see multiple Johns a day at this location.  She was a fourteen-year-old minor in the company of multiple Johns and traffickers who were much older than her while traversing the hotel.

29.    Jane Doe V.M.was trafficked relentlessly until she found an opportunity and the courage to escape on December 26, 2016 when she left and went to a 7-11 convenience store.  While at the store she convinced a bystander to give her a ride to the train station.  Once at the train station she was able to travel to her Grandmother's home who got her medical attention.  This extreme act of courage changed the course of her life as well as countless others.

## V.    RULE 28 ASSUMED OR COMMON NAME

30.    Jane Doe (V.M.) brings this petition against each Defendant in their assumed or common name and expressly reserves the right under Texas Rule of Civil Procedure 28 to substitute the true name of any Defendant if needed or in response to Court Order.  Moreover, Jane Doe (V.M.) expressly invokes the right to amend under the doctrine of misnomer if any Defendants have been properly served but were done so under the wrong legal name.

## VI.   FACTS REGARDING THE HOTEL DEFENDANTS

### A.  Human trafficking and sexual exploitation are a rampant, well-known problem in the hotel industry.

31.     As described above in paragraphs, sex trafficking is pervasive in the United States, and the hotel industry, Defendant Hotels, Franchisors and Franchisees knew their hotels were the primary place where it happens.

32.     Recognizing the unique vantage point that that hotel owners and staff have to identify potential human trafficking victims on their properties, the major hotel chains, including franchisors, franchisees, and owner/operators, have told the public they have accepted the unique opportunity and responsibility to stop facilitating sex trafficking.   In order to meet that responsibility, major hotel chains, including Defendant Hotels, have adopted robust anti-human trafficking policies to train its employees to identify and properly respond to the "red flags" of sex trafficking.   Each and every Defendant named herein had the opportunity and responsibility to adopt, implement, and enforce similar policies at their hotel properties. Unfortunately for Jane Doe V.M., such policies were either not in place or were not enforced.

### The Hotel Industry's Role in Sex Trafficking

33.     Today, sex slavery is pervasive in the United States, and hotels are the primary place where it happens.[10] For years, sex traffickers have "been able to reap these profits with little risk when attempting to operate within hotels."[11] In 2014, 92% of calls received by the National Human

---

[10] This is not only a dominant issue, it's an epidemic issue." See Jaclyn Galucci, Human Trafficking is an Epidemic in the U.S. It's Also Big Business, Fortune, April 2019, at https://fortune.com/2019/04/14/human-sex-trafficking-us-slavery/ citing Cindy McCain, who chairs the McCain Institute's Human Trafficking Advisory Council. "It's also something that is hiding in plain sight. It's everywhere—it's absolutely everywhere." Id.

[11] See Human Trafficking in the Hotel Industry, Polaris Project, February 10, 2016, at https://polarisproject.org/blog/2016/02/10/human-trafficking-hotel-industry; see also Eleanor Goldberg, You Could Help Save A Trafficking Victim's Life With Your Hotel Room Pic, Huffington Post, June 2016, at http://www.huffingtonpost.com/entry/taking-a-photo-of-your-hotel-room-could-help-save-a-trafficking-victims-life_us_57714091e4b0f168323a1ed7

---

Plaintiff's First Amended Petition (Jane Doe V.M.)
Page 10

Trafficking Hotline involved reports of sex trafficking taking place at hotels.[12] Hotels have been found to account for over 90% of commercial exploitation of children.[13]

34.    To address the crisis of sex trafficking at hotels, multiple agencies and organizations who actively combat sex trafficking, including the United States Department of Homeland Security, the National Center for Missing and Exploited Children, the Polaris Project, the Texas Attorney General, Love 146, EPCAT, among others, have established recommended policies and procedures for recognizing the signs of sex trafficking.[14]

35.    Some of the recommended policies and procedures intended to reduce or eliminate sex trafficking, include learning to identify sex trafficking victims like Jane Doe V.M. and the warning signs and indicators of sex trafficking, including but not limited to:[15]

- Individuals show signs of fear, anxiety, tension, submission, and/or nervousness;

- Individuals show signs of physical abuse, restraint, and/or confinement;

- Individuals exhibit evidence of verbal threats, emotional abuse, and/or being treated in a demeaning way;

- Individuals show signs of malnourishment, poor hygiene, fatigue, sleep deprivation, untreated illness, injuries, and/or unusual behavior;

- Individuals lack freedom of movement or are constantly monitored;

- Individuals avoid eye contact and interaction with others;

- Individuals have no control over or possession of money or ID;

---

[12] Michele Sarkisian, Adopting the Code: Human Trafficking and the Hotel Industry, Cornell Hotel Report, October 2015, at https://scholarship.sha.cornell.edu/cgi/vi ewcontent.cgi?article=1222&context=chrpubs  Oct.  2015
[13] See Erika R. George and Scarlet R. Smith, In Good Company: How Corporate Social Responsibility Can Protect Rights and Aid Efforts to End Child Sex Trafficking and Modern Slavery, 46 N.Y.U. J. Int'l L. & Pol. 55, 66-67 (2013).
[14] https://www.dhs.gov/blue-campaign; United States Department of Homeland Security Blue Campaign – One Voice. One  Mission.  End  Human  Trafficking.Source:https://www.dhs.gov/sites/default/files/publications/blue-campaign/toolkits/hospitality-toolkit-eng.pdf;  https://www.missingkids.org/theissues/trafficking#riskfactors; https://love146.org/wp-content/uploads/2017/04/Hospitality-Red-Flag-and-Reporting-Love146.pdf; https://www2.texasattorneygeneral.gov/files/human_trafficking/human_trafficking_red_flags_handout.pdf
[15] See Id.

- Individuals dress inappropriately for their age or have lower quality clothing compared to others in their party;

- Individuals have few or no personal items—such as no luggage or other bags;

- Individuals appear to be with a significantly older "boyfriend" or in the company of older males;

- A group of girls appears to be traveling with an older female or male;

- A group of males or females with identical tattoos in similar locations. This may indicate "branding" by a trafficker;

- Drug abuse or frequent use of "party drugs" such as GHB, Rohypnol, Ketamine, MDMA (Ecstasy), Methamphetamines, Cocaine, and Marijuana;

- Possession of bulk sexual paraphernalia such as condoms or lubricant;

- Possession or use of multiple cell phones; and

- Possession or use of large amounts of cash or pre-paid cards.

36.    Recognizing the unique vantage point that hotel owners and staff often have to identify potential human trafficking victims on their properties, several major hotel chains, including franchisors, franchisees, and owner/operators, have told the public they have accepted the unique opportunity and responsibility to stop facilitating sex trafficking. In order to meet that responsibility, several (if not most) major hotel chains have adopted robust anti-human trafficking policies to train its employees to identify and properly respond to the "red flags" of sex trafficking. Each Defendant named herein had the opportunity and responsibility to adopt, implement, and enforce anti-sex trafficking policies at their locations. Unfortunately for Jane Doe V.M., they failed to do so.

**Jane Doe V.M. Was Trafficked at Hotel Defendants locations and It Could Have Been Prevented**

37.    During her trafficking, Jane Doe V.M.'s traffickers frequently and regularly used specific Hotel Defendants' locations because they knew that members of the staff looked the other way, despite the obvious signs of sex trafficking associated with Jane Doe V.M.'s trafficking at Hotel Defendants' locations.  This would not have occurred if Defendants had implemented and enforced adequate anti-sex trafficking policies and training.

38.    The most effective weapon against sexual exploitation and human trafficking is education and training.[16]  As ECPAT concluded:

> The hospitality industry is in a unique position to identify and report human trafficking due to its perceived anonymity. Traffickers believe they can go unnoticed while exploiting victims across the globe in hotels— ranging from budget properties to luxury resorts. From check-in to check-out there are a number of indicators victims and exploiters exhibit during the time they are on a hotel property. [17]

39.    This same conclusion is echoed by others who seek to eliminate or minimize sex trafficking in the hospitality industry, including the American Hotel Lodging Association: "Hotel employees who have undergone training are more aware of trafficking when it happens – and are more willing to report it – than those who have not been trained."[18] In reference to companies such as named defendants, Carol Smolenski, Executive Director of EPCAT observed: "if they do nothing to raise awareness or to prevent child trafficking, they risk becoming an indirest and unintentional conduit for the abuse that takes place."

---

[16] https://polarisproject.org/recognizing-human-trafficking/

[17] https://www.ecpatusa.org/hotel-training.  ECPAT reports that, of hotel employees who receive training on sex trafficking, 84% have increased awareness of these events compared with 16% of untrained employees.  *See* https://www.ccpatusa.org/novacancy. See also Sex Trafficking in the Tourism Industry, J. Tourism Hospit. 2015, link at https://www.longdom.org/open-access/sex-trafficking-in-the-tourism-industry-2167-0269-1000166.pdf

[18] https://www.ahla.com/issues/human-trafficking

Plaintiff's First Amended Petition (Jane Doe V.M.)
Page 13

40.    Despite the obvious signs of sex trafficking at Hotel Defendants' locations, Jane Doe V.M.'s traffickers were allowed to continue to use said locations as the venues for Jane Doe V.M.'s violent sexual exploitation and trafficking.  Adequate sex trafficking education and training of Defendant's employees and Franchisees would have prevented Jane Doe V.M.'s trafficking.

41.    During her trafficking, Jane Doe V.M.'s appearance was not maintained, and she often appeared unkempt and clothed in tattered and inappropriate attire for her age and circumstance. Had Defendant Hotels enforced the policies and procedures they enacted to prevent trafficking from occurring within their locations after observing an obvious sign of trafficking as described above, Jane Doe V.M.'s trafficking would have been identified and reported, which would have prevented her trafficking at said locations.  Furthermore, had Defendant Hotels  properly followed the franchise policies to identify and prevent trafficking from occurring at their hotels as described above, Jane Doe V.M.'s trafficking would have been identified and reported, which would have prevented her trafficking at the locations listed above.

42.    There was also heavy foot traffic in and out of Jane Doe V.M.'s room by persons who were not hotel guests. Jane Doe V.M. often had multiple men a day sexually exploiting her at Defendant Hotels. These individuals entered and left at unusual hours and were present at the hotels for brief periods of time, which are a sign of sex trafficking. Additionally, these unregistered, male guests would typically use side or rear doors to enter an exit, another sign of sex trafficking. Had Defendants enforced the policies and procedures they enacted to prevent trafficking from occurring within their hotels after observing the obvious sign's of trafficking as described above, Jane Doe V.M.'s trafficking would have been identified and reported, which would have prevented her trafficking at their locations. Furthermore, had Defendant Hotels properly monitored and enforced the franchise policies enacted to identify and prevent trafficking from occurring at their locations

as described above, Jane Doe V.M.'s trafficking would have been identified and reported, which would have prevented her trafficking at the locations listed above.

43.     Multiple employees, including management level employees, at Defendant Hotels observed signs of sex trafficking specific to Jane Doe V.M.

44.     Multiple employees, including management level employees, at Defendant Hotels interacted with Jane Doe's traffickers and those who paid to sexually exploit her at their locations.

45.     Defendant Hotels, as the franchisees and "boots on the ground," observed the signs of sex trafficking present before, during, and after Jane Doe V.M.'s trafficking at their locations.

46.     Defendant Hotels was purportedly required to relay their knowledge of Jane Doe V.M.'s sex trafficking to their franchisors.

**A.     Jane Doe V.M. was trafficked at Defendant, Bigelow Arizona TX 348, Limited Partnership d/b/a Budget Suites of America located in North Dallas, Texas ("Budget Suites" herein)**

1.     In 2016, Jane Doe V.M. was repeatedly and brutally sexually assaulted at Defendant, Budget Suites located at 9519 Forest Lane, Dallas, Texas 75243.

2.     Jane Doe V.M.'s traffickers frequently used the Budget Suites located at 9519 Forest Lane, Dallas, Texas 75243 to traffic Jane Doe V.M.

3.     Jane Doe V.M.'s traffickers specifically chose the Budget Suites located at 9519 Forest Lane, Dallas, Texas 75243 to traffic Jane Doe because of the access and security it provided.

4.     Jane Doe V.M.'s traffickers used the Budget Suites located at 9519 Forest Lane, Dallas, Texas 75243 to traffic Jane Doe V.M. because they knew that members of the staff looked the other way, including one trafficker who may have been working as an employee of the hotel..

5.    The people who worked there knew that Jane Doe V.M. was staying at their property and recognized unusual and suspect conduct surrounding her stay. Yet, no one at the hotel notified law enforcement of recognized signs of sex trafficking.

6.    More specifically, upon information and belief, the following signs of sex trafficking were readily present at the Budget Suites located at 9519 Forest Lane, Dallas, Texas 75243:

   a.   Excessive single male traffic by non-patrons entering and exiting the hotel;

   b.   Increased male foot traffic and lingering non-patrons lined in hallways;

   c.   Jane Doe V.M. paying for rooms with cash or pre-paid cards; and

   d.   Other signs of sex trafficking.

7.    According to reviews, the subject Budget Suites has received multiple reports of illegal activity, with management expressing no concern. For example:

   •   Yelp Review from January 3, 2016 the customer wrote, "They let major durgs and prostitution stay in their room they don't care as long as they get the money. Major drugs, drug deas and prostitution has been brought to their attention and they have done nothing about it along with major bed bug issue and room thefts. Stay at your own risk. Sorry for the star rating it won't let me post without one, but I say 00 star rating. If you stay there you need your head examined.  But if you are a drug addict or drug dealer or hooker or looking for a hooker or drugs this is the place for you."[19]

   •   Tripadvisor review from December of 2015 a customer wrote, "Stay Clear of this Budget Suites!!!!!.....There are shootings, stabbings, rapes and police

_____

[19] BUDGET SUITES OF AMERICA - 11 Reviews - 9519 Forest Ln, Dallas, TX – Yelp.

_____

there at all hours day and night fro some type of crime being committed. Drugs and prostitution central!! A girl was shot and killed last night. Non-stop violence........"[20]

- Tripadvisor review from June 2013 a customer wrote, "......In the past three months, I've had two drug dealers for neighbors. Just this past week, I was illegally propositioned by a she-male prostitute in front of my own building, and she/he was a resident.....This place is a ghetto nightmare......They're not concerned with abuse of the pool, criminal activity, or poor living conditions, they just want your money!"[21]

8.      Tripadvisor review from November 2009 a customer wrote, "I am afraid to go get something out of my car at night. You sign a form agreeing to a 9pm curfew but these gangster types, thugs and prostitutes hang out on the grounds and are very loud and obnoxious."[22]Despite Budget Suites, Dallas's knowledge of sex trafficking on their premises it continued to accept financial payment in exchange for providing a location for the sex-trafficking of Jane Doe V.M. to occur and therefore knowingly benefitted from participating in the venture that trafficked, harbored, and maintained Jane Doe V.M.'s trafficking at Budget Suites, Dallas.

**B.      Jane Doe V.M. was trafficked at Gateway Hotel located in Dallas, Texas.**

1.      In 2016, Jane Doe V.M. was repeatedly and brutally sexually assaulted at Gateway Hotel located at 8102 Lyndon B. Johnson Freeway, Dallas, Texas 75251-1304.

---

[20] BUDGET SUITES OF AMERICA-DALLAS - Hotel Reviews (TX) (tripadvisor.com)
[21] Id.
[22] Id.

Plaintiff's First Amended Petition (Jane Doe V.M.)
Page 17

2.      Jane Doe V.M.'s traffickers frequently used the Gateway Hotel located at 8102 Lyndon B. Johnson Freeway, Dallas, Texas 75251-1304 to traffic Jane Doe V.M.

3.      Jane Doe V.M.'s traffickers specifically chose the Gateway Hotel located at 8102 Lyndon B. Johnson Freeway, Dallas, Texas 75251-1304 to traffic Jane Doe V.M. because of the access and security it provided.

4.      Jane Doe V.M.'s traffickers used the Gateway Hotel located at 8102 Lyndon B. Johnson Freeway, Dallas, Texas 75251-1304 to traffic Jane Doe because they knew that members of the staff looked the other way.

5.      The people who worked there knew that Jane Doe V.M. was staying at their property and recognized unusual and suspect conduct surrounding her stay. Yet, no one at the hotel notified law enforcement of recognized signs of sex trafficking.

6.      More specifically, upon information and belief, the following signs of sex trafficking were readily present at the Gateway Hotel located at 8102 Lyndon B. Johnson Freeway, Dallas, Texas 75251-1304:

   a.   Excessive single male traffic by non-patrons entering and exiting the hotel;

   b.   Increased male foot traffic and lingering non-patrons lined in hallways;

   c.   Jane Doe paying for rooms with cash or pre-paid cards; and

   d.   Other signs of sex trafficking.

7.      According to reviews, the subject Budget Suites has received multiple reports of illegal activity, with management expressing no concern. For example:

   •   Tripadvisor review from January 2016 a customer wrote, "First time for everything. Very run down, drug dealer and prostates [prostitutes], felt

unsafe for myself and car sitting out in parking lot. Not safe for families with children."[23]

- Tripadvisor review from October 2012 a customer wrote, "We were sound asleep and awoke to a woman screaming, It took awhile to figure out where it was coming from and to finad the phone and call the front desk. They were outside our room in the hall. My husband pounded on the door to chase away whoever was out there. I then heard other people in the hall telling the woman to go to her room and sleep it off. Showmone in the hall said they swa two men run off, they were dragging her down the hall. (And management tells her to go to her room?). Could not sleep after that not knowing what had actually happened in the hall. The next morning we asked at the desk and they said they thought it was a drunk prostitute and her pimp, maybe. We would not recommended it and if that's a normal happening, and ok with the management that's a disgrace. Shame on them."[24]

- Tripadvisor review from October 2014 a customer wrote, "……The clientel were less than desirable, one I am sure was a prostitute……As we pulled back the sheets to go to bed, there was blood on them."[25]

- Tripadvisor review from August 2014 a costomer wrote, "…..Ms. Oh the manager/owner has no clue…..She is strictly about potraying this drug/prostitution motel as hotel, which are forced tricked into one night, after making reservations that she want refund back to your, at check in. The

---

[23] GATEWAY HOTEL DALLAS - Prices & Reviews (TX) (tripadvisor.com).
[24] GATEWAY HOTEL DALLAS – Prices & Reviews (TX) (tripadvisor.com).
[25] GATEWAY HOTEL DALLAS - Prices & Reviews (TX) (tripadvisor.com).

Plaintiff's First Amended Petition (Jane Doe V.M.)
Page 19

undesirable tenants she allow in her property, are bad people.....drug dealers, prostitutes, etc.....Guest permitted to walk down the hailway smoking marijuana, near the front desk, hostess said nothing at all in a smoke free building,....."[26]

- Tripadvisor review from July 2014 a customer wrote, "Very Scary. Drug deals in the parking lot, **YOUNG PROSTITUTES** looking for a John.....I was concerned for my safety as well as my vehicle."[27]

- Tripadvisor review from July 2014  another customer wrote, ".....lots of prostitutes around this area...."[28] (Emphasis Added)

- Tripadvisor review from September 2015 a customer wrote, "I can not give it negative stars so I gave it one star, which is a compliment. The place is literally a dump. We arrived late and tired from Houston, for a medical conference the next day. If you enjoy the experience of pimps and cougars loitering up front, beer bottles and filth in the parking lot and lobby, this is the place. You'll have a thrilling experience. Just don't take your family with you."[29]

- Tripadvisor review from September 2015 a customer wrote, "All the other reviews pretty much sum up the atmosphere -- dirty, questionable clientele out front, and not the best quality of anything provided (coffee maker in the

---

[26] GATEWAY HOTEL DALLAS - Prices & Reviews (TX) (tripadvisor.com).
[27] GATEWAY HOTEL DALLAS - Prices & Reviews (TX) (tripadvisor.com).
[28] GATEWAY HOTEL DALLAS - Prices & Reviews (TX) (tripadvisor.com).
[29] GATEWAY HOTEL DALLAS - Prices & Reviews (TX) (tripadvisor.com).

Plaintiff's First Amended Petition (Jane Doe V.M.)
Page 20

bathroom?!). But, its a cheap hotel that feels like a cheap hotel, not something I'd write a review over typically."[30]

- Tripadvisor review from August 2015 a customer wrote, "This was the worst stay i have ever had in my life there was Hoe's and Pimp's hanging out in parking lot turning dates ...."[31]

- Tripadvisor review from February 2016, a customer wrote, "Drug dealing going on in front of building. Hallways smelled like sewer. Room dud not smell and was fairly clean, Room needed repair. Hair dryer base pulled off wall. Shower curtain rod falling down. Very questionable clientele. If I would not have had a gun I would not have stayed."[32]

8.     Despite Gateway Hotel, Dallas's knowledge of sex trafficking on their premises it continued to accept financial payment in exchange for providing a location for the sex-trafficking of Jane Doe V.M. to occur and therefore knowingly benefitted from participating in the venture that trafficked, harbored, and maintained Jane Doe V.M.'s trafficking at Gateway Hotel in Dallas.

## C.     Jane Doe V.M. was trafficked at Holiday Inn Express and Suites in Dallas, Texas.

1.     In 2016, Jane Doe V.M. was repeatedly and brutally sexually assaulted at Holiday Inn Express and Suites at 8703 E. RL Thornton Freeway, Dallas, Texas 75228.

2.     Jane Doe V.M.'s traffickers frequently used the Holiday Inn Express and Suites at 8703 E. RL Thornton Freeway, Dallas, Texas 75228 to traffic Jane Doe.

---

[30] GATEWAY HOTEL DALLAS - Prices & Reviews (TX) (tripadvisor.com).
[31] GATEWAY HOTEL DALLAS - Prices & Reviews (TX) (tripadvisor.com).
[32] GATEWAY HOTEL DALLAS - Prices & Reviews (TX) (tripadvisor.com).

3.     Jane Doe V.M.'s traffickers specifically chose Holiday Inn Express and Suites at 8703 E. RL Thornton Freeway, Dallas, Texas 75228 to traffic Jane Doe because of the access and security it provided.

4.     Jane Doe V.M.'s traffickers used the Holiday Inn Express and Suites at 8703 E. RL Thornton Freeway, Dallas, Texas 75228 to traffic Jane Doe because they knew that members of the staff looked the other way.

5.     The people who worked there knew that Jane Doe V.M. was staying at their property and recognized unusual and suspect conduct surrounding her stay. Yet, no one at the hotel notified law enforcement of recognized signs of sex trafficking.

6.     More specifically, upon information and belief, the following signs of sex trafficking were readily present at the Holiday Inn Express and Suites at 8703 E. RL Thornton Freeway, Dallas, Texas 75228:

   a.   Excessive single male traffic by non-patrons entering and exiting the hotel;

   b.   Increased male foot traffic and lingering non-patrons lined in hallways;

   c.   Jane Doe V.M. paying for rooms with cash or pre-paid cards; and

   d.   Other signs of sex trafficking.

7.     Despite Holiday Inn Express and Suites, Dallas's knowledge of sex trafficking on their premises it continued to accept financial payment in exchange for providing a location for the sex-trafficking of Jane Doe V.M. to occur and therefore knowingly benefitted from participatin gin the venture that trafficked, harbored, and maintained Jane Doe V.M.'s trafficking at at Holiday Inn Express and Suites in Dallas.

**D.     Budget Suites of America, as Franchisor, Set Standards for Franchisee, Bigelow Arizona TX 348, Limited Partnership d/b/a Budget Suites of America located in North Dallas, Texas.**

1.    Budget Suites in Dallas is and was at all material times required to comply with franchise agreement standards, policies, and rules, including those related to security, kidnapping, the trafficking of persons and/or compelled prostitution, if any, promulgated by Budget Suites of America.

2.    Budget Suites of America is liable for the acts of its franchisees when it exerts day-to-day control over its franchisees.

3.    Budget Suites of America generates revenue and profit from each room that is rented.

4.    In addition to brand recognition, a marketing organization, hotel listings in the Global Distribution System (GDS) and other online travel agency databases, the brand provides the franchise hotel with access to its brand wide central reservation system, 800 number, revenue management tools, world-class loyalty programs and a website. Thus, booking and room reservations are controlled by Budget Suites of America.

5.    Budget Suites of America's loyalty program allows for a faster and easier booking process and direct access to deals, including discounts on the best available nightly rate.

6.    Budget Suites of America requires its franchisees to adhere to consistent standards.

7.    Budget Suites of America exercises control over its franchisees to ensure quality control by conducting annual on-site inspections to confirm its policies and procedures are complied with.

8.      Budget Suites of America exercises control over decisions related to payment options for rooms, including but not limited to allowing payment by cash or pre-paid credit card.

9.      Budget Suites of America exercises an ongoing right of control over its hotels, including but not limited to Budget Suites located at 9519 Forest Lane, Dallas, Texas 75243, through at least one or more of the following actions:

a.  Hosting online bookings on Budget Suites of America domain;

b.  Requiring Budget Suites of America branded hotels to use Budget Suites of America 's customer rewards program;

c.  Setting employee wages;

d.  Making employment decisions;

e.  Advertising for employment;

f.  Sharing profits;

g.  Standardized training methods for employees;

h.  Building and maintaining the facility in a specified manner;

i.  Standardized or strict rules of operation;

j.  Regular inspection of the facility and operation;

k.  Fixing prices;

l.  Security policies and procedures;

m.  Interior and exterior design decisions; and/or

n.  Other actions that deprive Budget Suites in Dallas branded hotels of independence in their business operations.

**Both Budget Suites of America and Budget Suites Knowingly Benefitted from Jane Doe V.M.'s Sex Trafficking**

10.     Plaintiff alleges that Budget Suites of America knowingly received financial benefits from participating in the venture that facilitated Jane Doe V.M.'s trafficking at Budget Suites Dallas.

11.     Budget Suites of America, as franchisor, generates substantial income from operations of hotels such as Budget Suites. In exchange for providing the services described above, Budget Suites of America received a share of the profits from room rentals collected by Budget Suites Dallas. The primary source of Budget Suites of America's income is the franchising royalty fee, but Budget Suites of America also profits from reservation fees, marketing fees, loyalty program fees, and other miscellaneous ancillary fees, as described in the franchise documents. The fees generated by Budget Suites of America are primarily based on gross room rentals; therefore, Budget Suites of America's profits increase with each room rental.

12.     Budget Suites, Dallas, as franchisee, profited from every stay by every patron at Budget Suites, Dallas, both from room rentals and other hotel services.

13.     Therefore, at all material times, each Defendant received monetary payment for the rental of rooms at Budget Suites, Dallas, including the rooms where Jane Doe V.M. was being trafficked.

14.     As a result of the monies paid by Jane Doe V.M.'s traffickers to the secure rooms for her trafficking at Budget Suites, Dallas, both Budget Suites of America and Budget Suites, Dallas, knowingly benefitted from participating in the venture that trafficked, harbored, and maintained Jane Doe V.M.'s trafficking at Budget Suites in Dallas.

**E.      Holiday Hospitality Franchising LLC, as Franchisor, Set Standards for Franchisee, Holiday Inn Express and Suites located in Dallas, Texas.**

1.      Holiday Inn Express and Suites in Dallas is and was at all material times required to comply with franchise agreement standards, policies, and rules, including those related to security, kidnapping, the trafficking of persons and/or compelled prostitution, if any, promulgated by Holiday Hospitality Franchising LLC.

2.      Holiday Hospitality Franchising LLC is liable for the acts of its franchisees when it exerts day-to-day control over its franchisees.

3.      Holiday Hospitality Franchising LLC generates revenue and profit from each room that is rented.

4.      In addition to brand recognition, a marketing organization, hotel listings in the Global Distribution System (GDS) and other online travel agency databases, the brand provides the franchise hotel with access to its brand wide central reservation system, 800 number, revenue management tools, world-class loyalty programs and a website. Thus, booking and room reservations are controlled by Holiday Hospitality Franchising LLC.

5.      Holiday Hospitality Franchising LLC's loyalty program allows for a faster and easier booking process and direct access to deals, including discounts on the best available nightly rate.

6.      Holiday Hospitality Franchising LLC requires its franchisees to adhere to consistent standards.

7.      Holiday Hospitality Franchising LLC exercises control over its franchisees to ensure quality control by conducting annual on-site inspections to confirm its policies and procedures are complied with.

8.    Holiday Hospitality Franchising LLC exercises control over decisions related to payment options for rooms, including but not limited to allowing payment by cash or pre-paid credit card.

9.    Holiday Hospitality Franchising LLC exercises an ongoing right of control over its hotels, including but not limited to Holiday Inn Express and Suites located at 8703 E. RL Thronton Freeway, Dallas, Texas 75228, through at least one or more of the following actions:

a.  Hosting online bookings on Holiday Hospitality Franchising LLC domain;

b.  Requiring Holiday Hospitality Franchising LLC branded hotels to use Holiday Hospitality Franchising LLC's customer rewards program;

c.  Setting employee wages;

d.  Making employment decisions;

e.  Advertising for employment;

f.  Sharing profits;

g.  Standardized training methods for employees;

h.  Building and maintaining the facility in a specified manner;

i.  Standardized or strict rules of operation;

j.  Regular inspection of the facility and operation;

k.  Fixing prices;

l.  Security policies and procedures;

m.  Interior and exterior design decisions; and/or

n.  Other actions that deprive Holiday Inn Express and Suites in Dallas branded hotels of independence in their business operations.

**Both Holiday Hospitality Franchising LLC and Holiday Inn Express and Suites Knowingly Benefitted from Jane Doe V.M.'s Sex Trafficking**

10. Plaintiff alleges that Holiday Hospitality Franchising LLC knowingly received financial benefits from participating in the venture that facilitated Jane Doe V.M.'s trafficking at Holiday Inn Express and Suites Dallas.

11. Holiday Hospitality Franchising LLC, as franchisor, generates substantial income from operations of hotels such as Holiday Inn Express and Suites. In exchange for providing the services described above, Holiday Hospitality Franchising LLC received a share of the profits from room rentals collected by Holiday Inn Express and Suites Dallas. The primary source of Holiday Hospitality Franchising LLC's income is the franchising royalty fee, but Holiday Hospitality Franchising LLC also profits from reservation fees, marketing fees, loyalty program fees, and other miscellaneous ancillary fees, as described in the franchise documents. The fees generated by Holiday Hospitality Franchising LLC are primarily based on gross room rentals; therefore, Holiday Hospitality Franchising LLC's profits increase with each room rental.

12. Holiday Inn Express and Suites Dallas, as franchisee, profited from every stay by every patron at Holiday Inn Express and Suites Dallas, both from room rentals and other hotel services.

13. Therefore, at all material times, each Defendant received monetary payment for the rental of rooms at Holiday Inn Express and Suites Dallas, including the rooms where Jane Doe V.M. was being trafficked.

14. As a result of the monies paid by Jane Doe V.M.'s traffickers to the secure rooms for her trafficking at Holiday Inn Express and Suites Dallas, both Holiday Hospitality Franchising LLC and Holiday Inn Express and Suites Dallas knowingly benefitted from

participating in the venture that trafficked, harbored, and maintained Jane Doe V.M.'s trafficking at Holiday Inn Express and Suites Dallas.

## VII.   CAUSES OF ACTION

**FIRST CAUSE OF ACTION—VIOLATION OF TEXAS CIVIL PRACTICE & REMEDIES CODE § 98.002**

47.    Jane Doe V.M. incorporates all other allegations as if set forth in full herein.

48.    Defendants' acts, omissions, and commissions, described above, taken separately and/or together outlined above constitute a violation of Texas Civil Practice and Remedies Code § 98.002. Specifically, Defendants had a statutory obligation not to knowingly benefit from trafficking of persons, including Jane Doe V.M.  At all relevant times, Defendants breached this obligation by knowingly benefiting from the facilitation of trafficking victims, including Jane Doe V.M., Defendants violated Chapter 98.002 by knowingly engaging in and benefitting in the following manner:

    a.  Profit from renting rooms to those looking to sexually exploit Jane Doe V.M. and other human trafficking victims;

    b.  Increased profit margins due to lower operation cost by refusing to implement proper training of Defendants' employees and managers regarding the signs of human trafficking and the exploitation of victims;

    c.  Increased profit margins due to lower operation cost by refusing to hire qualified security officers who would actively combat human trafficking and the exploitation of victims;

    d.  Increased profit margins as a result of continued customer loyalty by traffickers and johns who sought to exploit victims, including Jane Doe V.M., due to Hotel Defendants' lack of measures against the exploitation of victims and human trafficking. This customer loyalty led to continued alcohol, food, and room sales;

    e.  Increased profit margins as a result of presenting a more "marketable brand" to traffickers and johns looking to exploit victims–which in turn leads to higher alcohol, food, and room sales when these traffickers and johns visit Hotel Defendants' property; and

f. Increased profit margins by knowingly catering to the needs of a criminal sub-culture that is looking for locations that will not actively enforce laws against human trafficking and the exploitation of victims or take active security measures to prevent human trafficking and the exploitation of victims on their property.

49. Defendants have received financial benefits in the form of management fees, licensing fees, and rental fees from the rental of its rooms. As a result of both its overt acts and its choice to knowingly accept the benefits from sex trafficking many victims, including Jane Doe V.M., were trafficked and exploited on the properties of Defendants.

50. Moreover, Defendants knowingly benefited from the exploitation and trafficking of Jane Doe V.M. on numerous occasions by receiving payment for rooms in which Jane Doe V.M. was exploited at their locations. These acts as alleged in this pleading caused Jane Doe V.M. to sustain injuries.

## SECOND CAUSE OF ACTION—NEGLIGENCE

51. Jane Doe V.M. incorporates all other allegations as if set forth in full herein.

52. Defendants had a duty of care to operate each of their hotels in a manner that did not endanger victims, including Jane Doe V.M. Moreover, Defendants had a duty of care to take reasonable steps to protect the foreseeable victims of the danger created by their acts and omissions, including the danger created by Defendants of human trafficking and exploitation of victims due to Defendants fostering an environment that encouraged this behavior.

53. At the time of the incident, each Defendant was negligent in failing to provide security for its places of business and customers. Specifically, each Defendant had a duty to exercise ordinary care and to provide security as a reasonable and prudent hotel owner would have done. Each Defendant breached that duty in one or more of the following ways:

a. Failing to provide security for its place of business;

b. Failing to provide security for its customers and Plaintiff;

Plaintiff's First Amended Petition (Jane Doe V.M.)
Page 30

c.     Failing to warn its customers and Plaintiff of its failure to provide security;

d.     Failing to properly maintain its premises;

e.     Failing to correct a dangerous condition;

f.     Failing to properly supervise its premises;

g.     Failing to warn its customers and Plaintiff of a dangerous condition that exists on its premises; and

h.     In various other acts or omission of negligence, to be set out more fully at trial.

54.    Defendants were negligent, at a minimum, through the acts described above, which are incorporated by reference.

55.    As a direct and proximate result of Hotel Defendants' wrongful acts and omissions, which were not caused by or contributed to by Jane Doe V.M., nor did they occur through any fault or negligence on the part of Plaintiff, Jane Doe V.M., suffered and continures to suffer severe injuries and damages.

### THIRD CAUSE OF ACTION— GROSS NEGLIGENCE, RECKLESSNESS, WILLFUL AND WANTON CONDUCT

56.    Jane Doe V.M. incorporates all other allegations as if set forth in full herein.

57.    Defendants' acts and omissions constitute gross neglect, recklessness, and willful and wanton conduct.

58.    Viewed objectively from the standpoint of Defendants at the time of the incidents, Defendants' acts and omissions involved an extreme degree of risk, considering the probability and magnitude of the potential harm to Jane Doe V.M.

59.    Defendants nevertheless demonstrated an utter indifference to or conscious disregard for a person's safety or the safety of others, including Jane Doe V.M.

Plaintiff's First Amended Petition (Jane Doe V.M.)
Page 31

60.    Exemplary damages are warranted for Defendants' gross negligence, recklessness, and willful and wanton conduct.

## JOINT AND SEVERAL LIABILITY UNDER CIVIL PRACTICE & REMEDIES CODE § 98.005

61.    Defendants conduct violated Texas Civil Practice & Remedies Code § 98.002. Therefore, each of the defendants, are jointly and severally liable for the entire amount of damages awarded by a jury in this case under Texas Civil Practice & Remedies Code § 98.005.

## DAMAGES

62.    Plaintiff adopts and re-alleges each paragraph above as if set forth herein. Including the damages specifically alleged above, Jane Doe V.M. seeks the following damages from all Defendants.

63.    Plaintiff prays for all damages as allowed under Texas law including Texas Civil Practice & Remedies Code including, but not limited to:

    a.    Actual damages;

    b.    Mental anguish;

    c.    Court cost;

    d.    Reasonable attorney's fees; and

    e.    Exemplary damages

64.    As a proximate result of Defendant's negligence, Plaintiff suffered severe injuries. As a result of Plaintiff's injuries, Plaintiff prays for damages including but not limited to:

    a.    Physical pain and mental anguish in the past and future;

    b.    Lost earnings;

    c.    Damage to earning capacity;

    d.    Disfigurement in the past and future;

Plaintiff's First Amended Petition (Jane Doe V.M.)
Page 32

    e.      Physical impairment in the past and future;

    f.      Medial expenses in the past and future; and

    g.      Loss of consortium in the past and future.

65. Plaintiff seeks the award of exemplary damages against Defendants as recoverable und Texas law.

66. Defendants' acts, omissions, and/or commissions outlined above constitute a knowing violation of Texas Penal Code § 22.04. Therefore, under Texas Civil Practice & Remedies Code § 41.008(c) exemplary damages are unlimited.

67. The damages sought are greatly in excess of the minimum jurisdictional limits of this Court, as the jury determines to be just and fair.

## VIII. JURY DEMAND

68. In accordance with Rule 216 of the Texas Rules of Civil Procedure, Plaintiff hereby makes application for a jury trial and request that this cause be set on the Court's Jury Docket. In support of her application, the appropriate jury fee has been paid to the Clerk at least thirty-days (30) in advance of the trial setting.

---

Plaintiff's First Amended Petition (Jane Doe V.M.)
Page 33

## IX.   PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff prays that this case be set for trial before a jury, and that upon a final hearing of the cause, judgment be entered for Plaintiff against Defendants jointly and severally, for the actual, compensatory, and punitive damages as the evidence may show and the jury may determine to be proper, together with the costs of suit, prejudgment interest, post-judgment interest, and such other and further relief to which Plaintiff may, in law or in equity, show herself to be justly entitled.

Respectfully submitted,

**PROVOST★UMPHREY LAW FIRM, L.L.P.**

By: */s/ Colin D. Moore*
MATTHEW C. MATHENY | SBN 24039040
BRYAN O. BLEVINS | SBN 02487300
COLIN D. MOORE | SBN 24041513
350 Pine Street, Suite 1100
Beaumont, Texas 77701
(409) 835-6000
(409) 838-8888 Facsimile
mmatheny@pulf.com
bblevins@provostumphrey.com
cmoore@provostumphrey.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2023, the foregoing was filed with the Clerk of the court and served on all counsel of record through electronic mail in accordance with Rule 13.3(h) of the Texas Rules of Judicial Administration and Rule 21 of the Texas Rules of Civil Procedure.

/s/ Colin D. Moore
Colin D. Moore